HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN JEROME SHAW,<br><br>                Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | No. 12-cv-5058-RBL<br><br>ORDER<br><br>(Dkt. #20) |

      Petitioner requests a certificate of appealability following the dismissal of his habeas petition under § 2255. Under 28 U.S.C. § 2253, a court may grant a certificate "only if the applicant has made a substantial showing of the denial of a constitutional right." Petitioner argues that his counsel was unconstitutionally deficient by advising him to waive venue and plead guilty to possession of a firearm—a charge arising in California—in addition to the Washington charges. (*See* Resp.'s Resp. at 3, Dkt. #21.) Petitioner's counsel successfully avoided numerous additional charges, and under the plea agreement, Petitioner received a 10-year sentence rather than a mandatory minimum of 20 years. As the Government astutely notes in its briefing, Petitioner received "incredibly effective" assistance of counsel.

      Because Petitioner fails to even remotely suggest grounds for appeal, the Motion for a Certificate of Appealability (Dkt. #20) is **DENIED**.

      Dated this 30th day of November 2012.

Ronald B. Leighton
United States District Judge

Order - 1